

BARRY I. SLOTNICK
Partner

345 Park Avenue
New York, NY 10154

Direct  212.407.4162
Main    212.407.4000
Fax     212.202.7942
bslotnick@loeb.com

Via Fax

April 16, 2010

APR 16 2010

The Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   Canal+ Image UK Ltd. v. Steven Lutvak & Robert L. Freedman, Case No. 10CV1536

Dear Judge Holwell:

We are the attorneys for the Defendants in the above-captioned action. Defendants intend to move to dismiss this action for breach of contract and copyright infringement and hereby request an expansion of the page limit on Defendants' Memorandum of Law from 25 to 35 pages. We believe the additional pages are necessary in order to provide the Court with a comparison of Plaintiff's and Defendants' works.

A copy of this letter is simultaneously being faxed to plaintiff's counsel. Thank you for your consideration of this application.

Respectfully submitted,

Barry I. Slotnick
Partner

SO ORDERED

USDJ
4/20/10

cc:   George Birnbaum, Esq. (via fax 212-779-9928)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/10

Los Angeles   New York   Chicago   Nashville   www.loeb.com

A limited liability partnership including professional corporations

NY839378.1
216034-10001