UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

CANAL+ IMAGE UK Ltd.,                          :

                Plaintiff,                        :

          -against-                        :

STEVEN LUTVAK and ROBERT L.                    :
FREEDMAN,

                        :

            Defendants.                       :

                        :
-------------------------------------------------------- X

Case No. 10 CV 1536 (RJH)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the Declaration of Barry Slotnick dated July 2, 2010, with exhibits thereto, and Defendants' Memorandum of Law dated July 2, 2010, defendants Steven Lutvak and Robert L. Freedman will move this Court, before the Honorable Richard J. Holwell, at the United States Courthouse, 500 Pearl Street, as soon as counsel may be heard, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint of plaintiff Canal+ Image UK Ltd. for failure to state a cognizable claim of relief or, alternatively, granting them summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint in its entirety.

Dated: New York, New York
      July 2, 2010

                            LOEB & LOEB LLP

                            By: _____

                                 Barry Slotnick (BS-9796)
                                 Jonathan Neil Strauss (JS-1090)
                                 Shelly Elimelekh (SE-0597)
                                 345 Park Avenue
                                 New York, New York 10154
                                 (212) 407-4000

                                 *Attorneys for Defendants*