UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CANAL+ IMAGE UK Ltd.,                             :

       Plaintiff,                                    :

        Case No. 10 CV 1536

   -against-                                          :

        Holwell, J.

STEVEN LUTVAK and ROBERT L.            :
FREEDMAN,                                                  **DECLARATION OF BARRY I.**
                                              :    **SLOTNICK IN SUPPORT OF**
       Defendants.                                 **DEFENDANTS' MOTION TO DISMISS**
                                              :

                                              :

                                              :
-----------------------------------------------------------X

       Barry I. Slotnick, pursuant to 28 U.S.C. § 1746, hereby states as follows:

       1.      I am a member of the firm Loeb & Loeb LLP, attorneys for defendants Steven Lutvak and Robert L. Freedman ("Defendants").  I am fully familiar with the facts set forth herein, and respectfully submit this declaration in support of Defendants motion to dismiss the complaint in this action.

       2.      Annexed as Exhibit A hereto is a true and correct copy of the novel *Israel Rank:  The Autobiography of a Criminal* ("Israel Rank"), by author Roy Horniman.

       3.      Annexed as Exhibit B hereto is a DVD containing a true and correct copy of the film *Kind Hearts and Coronets*.

       4.      Annexed as Exhibit C hereto is a true and correct copy of the script for *A Gentleman's Guide to Love and Murder* ("Gentleman's Guide"), a musical stage comedy based on Israel Rank, created by the Defendants.

       5.      Annexed as Exhibit D hereto is a CD containing a true and correct recording of songs and related musical elements from Gentleman's Guide.

      6.     Annexed as Exhibit E hereto is a true and correct copy of the letter agreement, dated April 1, 2003, between plaintiff Canal+ Image UK Ltd. and defendant Steven Lutvak.

      7.     Attached as Exhibit F hereto is a true and correct copy of the cover and title pages of an alternate version of Israel Rank, indicating the novel's full title.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2010

_____
Barry I. Slotnick